UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CMR CONSTRUCTION & ROOFING
LLC, a/a/o Patricia Clopton,

    Plaintiff,

v.                                              Case No. 2:20-cv-424-JLB-MRM

HARTFORD INSURANCE COMPANY OF
THE MIDWEST,

    Defendant.
_____/

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 19.)  The stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on July 26, 2021.

*[Signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE